IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL A. DIXON** | : | CIVIL ACTION NO. 1:15-cv-2020 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Mehalchick) |
| v. | : | |
| | : | |
| **MICHAEL ALTWESH, et al.** | : | |
| | : | |
| Defendant | : | |

## O R D E R

Before the Court in the above-captioned action is a January 29, 2016 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**AND NOW**, on this 17th day of February 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 12) of Magistrate Judge Mehalchick.

2) Plaintiff's Motion to Quash (Doc. No. 11) is **CONSTRUED** as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i);

3) This action is **DISMISSED WITHOUT PREJUDICE** at the request of the Plaintiff pursuant to Fed. R. Civ. P 41(a)(1);

4) Plaintiff's pending application for leave to proceed *in forma pauperis* (Doc. No. 2), and motion to appoint counsel (Doc. No. 7) are **DENIED AS MOOT**; and

5) The Clerk of Court shall **CLOSE** this case.

*S/ Yvette Kane*
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania